**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 29, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

YASMANY NOEL MORENO
DE ARMAS,

     Petitioner,

v.

TODD BLANCHE, Acting United States
Attorney General,

     Respondent.

No. 26-9543
(Petition for Review)

_____

## ORDER

_____

Before **MATHESON** and **McHUGH**, Circuit Judges.

_____

Petitioner Yasmany Noel Moreno de Armas is a citizen of Cuba subject to a removal order issued by an Immigration Judge under 8 U.S.C. § 1229a(c)(1)(A). The Board of Immigration Appeals affirmed the order of removal, and Mr. Moreno de Armas has filed a timely petition for review with this court. The matter before us is his Emergency Stay of Removal (Dkt. No. 2) pending resolution of his petition.

This court evaluates the traditional stay factors in deciding whether to grant a stay. _See Nken v. Holder_, 556 U.S. 418, 434–35 (2009). Those factors are "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and

(4) where the public interest lies." *Id.* at 434 (internal quotation marks omitted). "A stay is not a matter of right, even if irreparable injury might otherwise result. It is instead an exercise of judicial discretion, and the propriety of its issue is dependent upon the circumstances of the particular case." *Id.* at 433 (brackets, citation, and internal quotation marks omitted).

Mr. Moreno de Armas has not carried his "burden of showing that the circumstances justify an exercise of [our] discretion" to grant a stay. *Id.* at 434. The motion is denied.

Entered for the Court

Per Curiam