**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**June 4, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

---

YASMANY NOEL MORENO DE
ARMAS,

    Petitioner,

v.

TODD BLANCHE, Acting United States
Attorney General,

    Respondent.

No. 26-9543
(Petition for Review)

---

**ORDER**

---

Before **MATHESON** and **McHUGH**, Circuit Judges.

---

Petitioner Yasmany Noel Moreno de Armas is a citizen of Cuba subject to a removal order issued by an Immigration Judge under 8 U.S.C. § 1229a(c)(1)(A). On May 27, 2026, he filed an Emergency Stay of Removal (Dkt. No. 2) pending resolution of his petition, which this court denied. He has now filed a Renewed Emergency Motion for Stay of Removal Based on Changed Circumstances and Imminent Third-Country Deportation (Dkt. No. 6).

We consider Mr. Moreno de Armas's renewed motion under the traditional stay factors set forth in *Nken v. Holder*, 556 U.S. 418, 434-35 (2009). Having done so, we

conclude he has not carried his "burden of showing that the circumstances justify an exercise of [our] discretion" to grant a stay. *Id.* at 434. The motion is denied.

Entered for the Court

Per Curiam