**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 30, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

YASMANY NOEL MORENO DE ARMAS,

Petitioner,

v.

TODD BLANCHE, United States Attorney General,

Respondent.

No. 26-9543
(Petition for Review)

---

**ORDER**

---

This matter is before the court as a follow-up to the court's deficiency notice dated September 22, 2026. (ECF No. 23.)

**<u>Procedural History Related to Petitioner's Opening Brief</u>**

Petitioner's opening brief originally was due on August 31, 2026. (ECF No. 17.)

Petitioner failed to file his opening brief by that date, and so the court issued a deficiency notice extending the deadline to September 4, 2026. (ECF No. 18.) Petitioner failed to file his opening brief by that date. Instead, on September 7, 2026, petitioner filed a motion seeking an extension of time to file the brief. (ECF No. 19.) The court granted that motion and extended the deadline for petitioner to file his opening brief to September 14, 2026. (ECF No. 20.) Petitioner again failed to file his opening brief by the deadline, and the court issued another deficiency notice. (ECF No. 21.) On September 21, 2026,

petitioner submitted his opening brief for filing. (ECF No. 22.) However, the brief was deficient, and the court did not accept it for filing. Rather, the court issued yet another deficiency notice explaining the deficiencies and giving petitioner until September 25, 2026 to file a compliant brief. (ECF No. 23.)

To date, petitioner has failed to file a compliant brief or respond in any fashion to the court's September 22, 2026 deficiency notice.

**Order**

As outlined above, petitioner has been given ample time and opportunity to file a compliant opening brief in this matter. Petitioner must file a compliant brief on or before October 5, 2026. If petitioner fails to file a compliant brief by October 5, 2026, the court may dismiss this matter for failure to prosecute. *See* 10th Cir. R. 42.1.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk